

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00613-CV

**IN RE** Lawrence **SHIPLEY** III

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

On October 14, 2015, the real party in interest filed a motion to abate this original mandamus proceeding to allow the parties to participate in voluntary mediation of the underlying dispute. Having considered the motion, relator's response and the real party's reply, the motion is GRANTED IN PART. Real party in interest's request for additional time to file a response to the petition for writ of mandamus is GRANTED. **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than December 13, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. The parties are requested to advise the court as soon as practicable of any successful resolution of the matters underlying this original proceeding.

It is so **ORDERED** on October 27, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI- 13421, styled *In the Interest of L.N.S., A Minor Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.